UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:11-CV-81221-MIDDLEBROOKS/JOHNSON

DANIEL LUGO,

    Plaintiff,

vs.

BBRG GLADES ROAD TR, LLC and
MS WOOLBRIGHT GLADES PLAZA, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, MS Woolbright Glades Plaza, LLC, by and through undersigned counsel, hereby notifies the Court of the settlement of the claims in this matter. A true and correct copy of the fully-executed Stipulation for Settlement is attached hereto as **Exhibit "1,"** including Exhibit "B" thereto which is a proposed Final Order Approving Stipulation for Settlement and Dismissing Case for the Court's consideration.

WE HEREBY CERTIFY that on March 20, 2012, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Drew M. Levitt, Esq. and Lee D. Sarkin, Esq., *Attorneys for Plaintiff*, 4700 N.W. Boca Raton Boulevard, Suite 302, Boca Raton, Florida 33431, and Sherril M. Colombo, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, *Attorneys for Defendant BBRG*, 100 Southeast Second Street, Suite 3800, Miami, Florida 33131.

    Respectfully submitted,

    s/Carrie Stolzer Robinson
    Carrie Stolzer Robinson
    Florida Bar No. 0354030
    TOBIN & REYES, P.A.
    *Attorneys for Defendant Glades Plaza*
    The Plaza - Suite 204
    5355 Town Center Road
    Boca Raton, Florida 33486
    Phone: (561) 620-0656
    Fax:     (561) 620-0657
    csrobinson@tobinreyes.com