UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-81221-MIDDLEBROOKS/JOHNSON

DANIEL LUGO,

    Plaintiff,

v.

BBRG GLADES ROAD TR, LLC and
MS WOOLBRIGHT GLADES PLAZA, LLC,

    Defendants.
_____/

## FINAL ORDER APPROVING STIPULATION FOR SETTLEMENT AND DISMISSING CASE

THIS CAUSE comes before the Court upon the parties' Stipulation for Settlement (DE 25-1) filed by the parties on March 20, 2012. Having considered the matter, it is hereby

**ORDERED and ADJUDGED** that the Settlement Agreement is APPROVED AND ACCEPTED. The Settlement Agreement provides for the Defendants to complete those modifications of the subject property required under the Americans With Disabilities Act, 42 U.S.C. Section 12181 et. seq. ("ADA") that are readily achievable. As such, the Court finds that Defendants are in compliance with the requirements of the ADA upon completion. Accordingly, the above-styled cause is DISMISSED WITH PREJUDICE. This Court retains jurisdiction over this matter for the purpose of enforcing the parties' Settlement Agreement. All pending motions are DENIED AS MOOT.[1] The Clerk shall CLOSE THIS CASE.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this ___ day of April, 2012.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1]    Specifically DE 10 and DE 11.